HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
JUDITH M. SCHVIMMER (SBN 230285)
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

Attorneys for Plaintiff,
Mr. Electric Corp.

FILED

APR - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MR. ELECTRIC CORP.,

   Plaintiff,

v.

IRA TUCKER, individually and d/b/a
"MR. ELECTRIC,"

   Defendant.

Civil Action No. 2:07-CV-00618-DFL-EFB

[Proposed] ORDER GRANTING MOTION
FOR TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE
FOR A PRELIMINARY INJUNCTION

  Having duly considered Plaintiff's Motion for Temporary Restraining Order, its accompanying memorandum of law, supporting declarations, and the pleadings and papers on file herein, that Motion is hereby GRANTED, and it is ORDERED that Defendant show cause before this Court on _May 7_ at _1:30 p.m._, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be issued herein pursuant to Fed. R. Civ. P. 65, with regard to Defendant, his agents, servants, employees, attorneys, and other persons in active concert or participation with him, pending trial of this action, that:

  A. Defendant is enjoined from:

---

[Proposed] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE
CASE NO. 2:07-CV-00618-DFL-EFB

US2000 9887671.2 39024 341270

1. Using the designation "MR. ELECTRIC," and any other word, term, symbol or device confusingly similar to the MR. ELECTRIC Marks, as a trademark, service mark, trade name, or other attention-getting device or triggering mechanism for the sale of Defendant's services, including removing all displays of the MR. ELECTRIC Marks and telephone numbers on vehicles used in connection with Defendant's business.

2. Making any oral or written representations that Defendant or his business is connected, associated or affiliated with Mr. Electric or otherwise holding himself or his business out as being connected, associated or affiliated in any way with Mr. Electric, including without limitation, answering the telephone or otherwise referring to his business as "Mr. Electric" or "formerly Mr. Electric."

B. Defendant shall turn over or destroy all advertising and promotional materials, stationery, envelopes, business cards, invoices, and similar materials bearing any of the MR. ELECTRIC Marks and/or any colorable imitations thereof.

C. Defendant shall transfer to Mr. Electric or its designee all telephone numbers listed in local telephone directories under the name "MR. ELECTRIC" or any other name or mark confusingly similar to it, and any presently active business telephone numbers that have been advertised, or which are currently being advertised in connection with the name or service mark "MR. ELECTRIC," including but not limited to (800) 695-2323, (707) 422-6600, (510) 222-3839, (707) 642-1717, (707) 647-2701. Such transfer will be made at Defendant's cost and Defendant shall pay any outstanding invoices or fees owed to any telephone companies for past listings of those telephone numbers in white pages, yellow pages or internet directories such that the transfer of the listings and telephone numbers to Mr. Electric is unencumbered.

D. Defendant shall file with the Court and serve upon Plaintiff's counsel within ten (10) days after entry of any injunction or order issued herein, a written report, under oath, setting forth in detail the manner in which he has complied with such injunction or order.

1  This Order to Show Cause shall be served on Defendant no later than __April 11, 2007__
2  by __personal service__. The following briefing schedule shall apply: Any opposition papers
3  to the Order to Show Cause shall be filed and served on Plaintiff no later than
4  __April 19, 2007__. Any reply papers shall be filed and served on Defendant no later than
5  __April 26, 2007__.
6  Pursuant to this Order, Plaintiff shall / shall not be required to post a bond in the amount of
7  $ __10,000.00__ to be issued on __April 11, 2007__ according to L.R. 65.1-151.
8  This ORDER is effective until __May 7, 2007__, at which time it will expire unless
9  Defendant consents that it may be extended for a longer period.

11  Dated: __April 9, 2007__                    [signature]
                                                Judge of the United States District Court
12  At: __2:30__ a.m./p.m.

-3-
[Proposed] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE
CASE NO. 2:07-CV-00618-DFL-EFB