1   HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
2   JUDITH M. SCHVIMMER (SBN 230285)
    Four Embarcadero Center - 39th Floor
3   San Francisco, CA 94111
    Telephone: 415.354.0100
4   Facsimile: 415.391.7124

5   Attorneys for Plaintiff,
    Mr. Electric Corp.
6

**FILED**

APR – 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11   MR. ELECTRIC CORP.,          )
                         )
12                          )
          Plaintiff,           )
13                          )
  v.                          )    Civil Action No. 2:07-CV-00618-DFL-EFB
14                          )
15   IRA TUCKER, individually and d/b/a   )    [Proposed] **ORDER GRANTING MOTION**
    "MR. ELECTRIC,"           )        **FOR TEMPORARY RESTRAINING**
16                          )    **ORDER AND ORDER TO SHOW CAUSE**
         Defendant.          )    **FOR A PRELIMINARY INJUNCTION**
17

18

19        Having duly considered Plaintiff's Motion for Temporary Restraining Order, its

20   accompanying memorandum of law, supporting declarations, and the pleadings and papers on file

21   herein, that Motion is hereby GRANTED, and it is ORDERED that Defendant show cause before

22   this Court on _May 7_ at _1.30 p.m._, or as soon thereafter as counsel can be

23   heard, why a preliminary injunction should not be issued herein pursuant to Fed. R. Civ. P. 65,

24   with regard to Defendant, his agents, servants, employees, attorneys, and other persons in active

25   concert or participation with him, pending trial of this action, that:

26        A.     Defendant is enjoined from:

27

28   [Proposed] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE
    CASE NO. 2:07-CV-00618-DFL-EFB

US2000 9887671 2 39024 341270

1. Using the designation "MR. ELECTRIC," and any other word, term, symbol or device confusingly similar to the MR. ELECTRIC Marks, as a trademark, service mark, trade name, or other attention-getting device or triggering mechanism for the sale of Defendant's services, including removing all displays of the MR. ELECTRIC Marks and telephone numbers on vehicles used in connection with Defendant's business.

2. Making any oral or written representations that Defendant or his business is connected, associated or affiliated with Mr. Electric or otherwise holding himself or his business out as being connected, associated or affiliated in any way with Mr. Electric, including without limitation, answering the telephone or otherwise referring to his business as "Mr. Electric" or "formerly Mr. Electric."

B. Defendant shall turn over or destroy all advertising and promotional materials, stationery, envelopes, business cards, invoices, and similar materials bearing any of the MR. ELECTRIC Marks and/or any colorable imitations thereof.

C. Defendant shall transfer to Mr. Electric or its designee all telephone numbers listed in local telephone directories under the name "MR. ELECTRIC" or any other name or mark confusingly similar to it, and any presently active business telephone numbers that have been advertised, or which are currently being advertised in connection with the name or service mark "MR. ELECTRIC," including but not limited to (800) 695-2323, (707) 422-6600, (510) 222-3839, (707) 642-1717, (707) 647-2701. Such transfer will be made at Defendant's cost and Defendant shall pay any outstanding invoices or fees owed to any telephone companies for past listings of those telephone numbers in white pages, yellow pages or internet directories such that the transfer of the listings and telephone numbers to Mr. Electric is unencumbered.

D. Defendant shall file with the Court and serve upon Plaintiff's counsel within ten (10) days after entry of any injunction or order issued herein, a written report, under oath, setting forth in detail the manner in which he has complied with such injunction or order.

-2-
[Proposed] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE
CASE NO. 2:07-CV-00618-DFL-EFB

1    This Order to Show Cause shall be served on Defendant no later than _April 11, 2007_
2  by _personal servcice_ . The following briefing schedule shall apply: Any opposition papers
3  to the Order to Show Cause shall be filed and served on Plaintiff no later than
4  _April 19, 2007_ . Any reply papers shall be filed and served on Defendant no later than
5  _April 26, 2007_ .

6        Pursuant to this Order, Plaintiff shall / shall not be required to post a bond in the amount of
7  $ _10,000.00_, to be issued on _April 11 2007_ according to L.R. 65.1-151.

8        This ORDER is effective until _May 7, 2007_ , at which time it will expire unless
9  Defendant consents that it may be extended for a longer period.

10

11  Dated: _April 9, 2007_                                      
                                               Judge of the United States District Court
12  At: ___2:30___  a.m./p.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
[Proposed] ORDER GRANTING MOTION FOR TRO AND ORDER TO SHOW CAUSE
CASE NO. 2:07-CV-00618-DFL-EFB