HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

KILPATRICK STOCKTON LLP
MICHAEL W. RAFTER (*pro hac vice*)
CHRISTOPHER P. BUSSERT (*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone:  (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff,
Mr. Electric Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MR. ELECTRIC CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRA TUCKER, individually and d/b/a ) <br> "MR. ELECTRIC," ) <br> ) <br> Defendant. ) <br> ) | Case No. Civ. S-07-618-WBS-EFB <br><br> **ORDER APPROVING STIPULATION RESCHEDULING HEARING AND SETTING BRIEFING SCHEDULE** |

The Parties have stipulated that the hearing on the Court's Order to Show Cause be rescheduled to May 21, 2007, at 1:30 p.m., and that the Temporary Restraining Order, entered on April 9, 2007, will remain in full force until that time.

[PROPOSED] ORDER                                          Case No. Civ. S-07-618-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1       The Parties have further stipulated to the following briefing schedule:  Any opposition
2 papers to the Order to Show Cause shall be filed and served on Plaintiff no later than May 10,
3 2007.  Any reply papers shall be filed and served on Defendant no later than May 17, 2007.

4       Good cause appearing therefor:

5       IT IS SO ORDERED.

7 DATED:  May 3, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE