HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

KILPATRICK STOCKTON LLP
MICHAEL W. RAFTER (*pro hac vice*)
CHRISTOPHER P. BUSSERT (*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff,
Mr. Electric Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MR. ELECTRIC CORP., <br><br> Plaintiff, <br><br> v. <br><br> IRA TUCKER, individually and d/b/a "MR. ELECTRIC," <br><br> Defendant. | Case No. Civ. S-07-618-WBS-EFB <br><br> **ORDER GRANTING STIPULATION FURTHER RESCHEDULING HEARING ON PRELIMINARY INJUNCTION, CONTINUING TEMPORARY RESTRAINING ORDER, AND SETTING BRIEFING SCHEDULE** |

The Parties have stipulated that the hearing on the Court's Order to Show Cause be rescheduled to May 29, 2007, at 1:30 p.m., and that the Temporary Restraining Order, entered on April 9, 2007, will remain in full force until that time.

[PROPOSED] ORDER                                                        Case No. Civ. S-07-618-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:07-cv-00618-WBS-EFB   Document 31   Filed 05/17/07   Page 2 of 2

1  The Parties have further stipulated to the following briefing schedule: Any opposition
2 papers to the Order to Show Cause shall be filed and served on Plaintiff no later than May 17,
3 2007. Any reply papers shall be filed and served on Defendant no later than May 24, 2007.
4  Good cause appearing therefore:
5  IT IS SO ORDERED.
6 DATED: May 16, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER                                                         Case No. Civ. S-07-618-WBS-EFB
PDF created with pdfFactory trial version www.pdffactory.com