1   HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
2   SETH I. APPEL (SBN 233421)
3   Four Embarcadero Center - 39th Floor
    San Francisco, CA 94111
4   Telephone:  (415) 354-0100
    Facsimile:  (415) 391-7124
5
6   KILPATRICK STOCKTON LLP
    MICHAEL W. RAFTER (*pro hac vice*)
7   CHRISTOPHER P. BUSSERT (*pro hac vice*)
    1100 Peachtree Street, Suite 2800
8   Atlanta, Georgia 30309-4530
    Telephone:  (404) 815-6500
9   Facsimile: (404) 815-6555

10  Attorneys for Plaintiff,
11  Mr. Electric Corp.

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14                    SACRAMENTO DIVISION

15

16  MR. ELECTRIC CORP.,                )
                                       )   Case No. Civ. S-07-618-WBS-EFB
17            Plaintiff,               )
                                       )   **ORDER GRANTING STIPULATION**
18  v.                                 )   **FURTHER RESCHEDULING HEARING**
                                       )   **ON PRELIMINARY INJUNCTION,**
19  IRA TUCKER, individually and d/b/a )   **CONTINUING TEMPORARY**
    "MR. ELECTRIC,"                    )   **RESTRAINING ORDER, AND SETTING**
20                                     )   **BRIEFING SCHEDULE**
                                       )
21            Defendant.               )
                                       )
22  _____  )

23          The Parties have stipulated that the hearing on the Court's Order to Show Cause shall be

24  rescheduled to June 18, 2007, at 1:30 p.m., and that the Temporary Restraining Order, entered on

25  April 9, 2007, will remain in full force and effect until that time.

26          The Parties have further stipulated to the following briefing schedule:  Defendant may file

27  and serve a supplemental declaration of Ira Tucker in opposition to the Order to Show Cause on or

28

---

1   before May 29, 2007.  Plaintiff shall file and serve any reply papers on Defendant no later than

2   June 11, 2007.

3          Good cause therefore appearing, IT IS SO ORDERED this 25th day of May, 2007.

4

5

6          WILLIAM B. SHUBB

7          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28