1  LAW OFFICE OF DAVID BARRETT
   David S. Barrett (SB# 209986)
2  770 'L' Street, Suite 950
   Sacramento, CA 95814
3  Tel. (916) 492-6040
   Fax (916) 492-6041
4

5  Attorneys for Defendant
   Ira Tucker
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13

14  MR. ELECTRIC CORP.,              )   Case No. Civ. S-07-618-WBS-EFB
                                     )
15          Plaintiff,               )   **ORDER GRANTING STIPULATION**
                                     )   **FURTHER RESCHEDULING HEARING**
16  v.                               )   **ON PRELIMINARY INJUNCTION,**
                                     )   **CONTINUING TEMPORARY**
17  IRA TUCKER, individually and d/b/a )   **RESTRAINING ORDER, AND SETTING**
18  "MR. ELECTRIC,"                  )   **BRIEFING SCHEDULE**
                                     )
19          Defendant.               )
                                     )
20  _____ )

21          The Parties have stipulated that the hearing on the Court's Order to Show Cause shall be

22  rescheduled to July 2, 2007, at 2:00 p.m., and that the Temporary Restraining Order, entered on

23  April 9, 2007, will remain in full force and effect until that time.

24          The Parties have further stipulated to the following briefing schedule: Defendant may file

25  and serve supplemental declarations by and in support of Ira Tucker in opposition to the Order to

26  Show Cause on or before June 18, 2007. Plaintiff shall file and serve any reply papers on

27

28

_____

[PROPOSED] ORDER                                    Case No. Civ. S-07-618-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant no later than June 25, 2007.

2      Good cause therefore appearing, IT IS SO ORDERED this 15th day of June, 2007.

3

4      WILLIAM B. SHUBB

5      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER                                        Case No. Civ. S-07-618-WBS-EFB

PDF created with pdfFactory trial version www.pdffactory.com