HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

KILPATRICK STOCKTON LLP
CHRISTOPHER P. BUSSERT (pro hac vice)
MICHAEL W. RAFTER (pro hac vice)
1100 Peachtree Street, Suite 2800
Atlanta, Ga  30309-4530
Phone: 404.815.6500
Fax: 404.815.6555

Attorneys for Plaintiff,
Mr. Electric Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MR. ELECTRIC CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No. 2:07-CV-00618-WBS-EFB |
| v. | ) |
| | ) |
| IRA TUCKER, individually and d/b/a | ) PERMANENT INJUNCTION |
| "MR. ELECTRIC," | ) ON CONSENT |
| | ) |
| Defendant. | ) |

Plaintiff Mr. Electric Corp. ("Mr. Electric") and Defendant Ira Tucker ("Tucker") having consented to entry of this Permanent Injunction on Consent, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Tucker and all agents, servants, employees, representatives, successors, assigns and all other persons acting for, with, through, or under Tucker's authority, or otherwise acting in concert or participation with Tucker, hereby are permanently enjoined from:

   a. Using trademarks or service marks owned by Mr. Electric, including the marks covered by U.S. Trademark Registration Nos. 1,894,696, 1,918,360, 2,411,628, and 2,758,326 (collectively, the "Mr. Electric Marks"), and any other words, terms, symbols or devices that are colorable imitations of or that are confusingly similar to the Mr. Electric Marks in connection with the sale or provision of electrical services or products of any nature.

   b. Making any false representation or using any false designation of origin that is likely to lead the trade, the public or individuals to believe erroneously that Tucker or his business is in any way licensed, sponsored, approved, authorized or controlled by Mr. Electric.

2. Tucker shall transfer or cause to be transferred to Mr. Electric or to Mr. Electric's designee ownership of the telephone numbers (916) 852-5500 and (916) 852-5505, and all telephone directory advertisements associated with such telephone numbers.

   a. All costs associated with the transfer of those telephone numbers shall be borne solely by Tucker and, at the time of such transfer of ownership, all fees and charges associated with such telephone numbers, and any telephone directory listings and advertisements containing or referring to such numbers, shall have been paid in full and Tucker's account brought current.

   b. In the event that the telephone company is unable to effect the transfer of such telephone numbers within fifteen (15) business days of receiving such instructions, then until such time as those telephone numbers are effectively transferred as required above, Tucker shall cause a reputable third-party organization to install and maintain a split telephone intercept

message that permits persons who call those telephone numbers to reach Mr. Electric or its designee.  The intercept message shall be recorded by a native English speaker and shall contain substantially the following text:  "Thank you for calling.  If you are attempting to reach MR. ELECTRIC, please press "1" or hang up and dial 1-800-805-0575.  If you are attempting to reach Ira Tucker or Tucker Electric please press "2" or hang up and dial _____."  Tucker will not install or employ "Caller ID" or other call identifying services on the lines maintained for this purpose.  All costs associated with the implementation or maintenance of this split telephone intercept shall be borne solely by Tucker.

      3.    Tucker shall cease using the following telephone numbers and shall cause those telephone numbers to be disconnected immediately:  (707) 422-1239; (707) 422-2238; (707) 446-8800; (707) 448-8785; (707) 647-2701; (707) 642-1717; (707) 944-4433; (510) 222-7280; (510) 223-7227; (510) 234-0537; and (510) 234-4813.  All costs associated with the disconnection of those telephone numbers will be borne solely by Tucker and, at the time of such disconnection, all fees and charges associated with such telephone numbers, and any telephone directory listings and advertisements containing or referring to such numbers, shall have been paid in full and Tucker's account brought current.

      4.    This Court will retain jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction or of the separate Settlement Agreement entered into by the parties.

      It is SO ORDERED, this 10th day of September, 2007.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CONSENTED AND AGREED TO:**

| | |
|---|---|
| MR. ELECTRIC CORPORATION | IRA TUCKER. |

   /s/_____           /s/_____

By: _Jeff Meyers_____         Date: __7/27/07_____

Title: __President_____

Date: ___9/5/07_____

 /s/_____          /s/_____
HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
SETH I. APPEL (SBN 233421)
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone: 415.354.0100
Facsimile: 415.391.7124

KILPATRICK STOCKTON LLP
CHRISTOPHER P. BUSSERT (pro hac vice)
MICHAEL W. RAFTER (pro hac vice)
1100 Peachtree Street, Suite 2800
Atlanta, Ga  30309-4530
Phone: 404.815.6500
Fax: 404.815.6555

LAW OFFICE OF DAVID BARRETT
DAVID S. BARRETT (SBN _209986_)
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: 916.492.6040
Facsimile: 916.492.6041

Attorney for Defendant,
Ira Tucker

Attorneys for Plaintiff,
Mr. Electric Corp.