HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
Email: mstratton@harveysiskind.com
Four Embarcadero Center - 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

KILPATRICK STOCKTON LLP
MICHAEL W. RAFTER (*pro hac vice*)
CHRISTOPHER P. BUSSERT (*pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

Attorneys for Plaintiff,
Mr. Electric Corp.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MR. ELECTRIC CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IRA TUCKER, individually and d/b/a ) <br> "MR. ELECTRIC," ) <br> ) <br> Defendant. ) <br> ) | Case No. Civ. S-07-618-WBS-EFB <br><br> **ORDER TO RETURN THE CASH BOND POSTED BY PLAINTIFF** |

The request of Plaintiff Mr. Electric Corp. ("Plaintiff") for an order for the return of the cash bond it posted on or about April 11, 2007 was considered by the Court on June 22, 2009.

Because the case was closed on September 11, 2007 following the entry of a consent judgment, and the underlying dispute has settled, the Clerk is hereby directed to return to Plaintiff

---

1 its $10,000 cash bond, plus any accrued interest.  For the convenience of the Court's finance staff,
2 Plaintiff's federal tax ID number is 74-2733493. .
3         IT IS SO ORDERED this 22nd day of June, 2009.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER TO RETURN CASH BOND                              Case No. Civ. S-07-618-WBS-EFB